03-14-00046-CR

FILED
July 23, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Mr. William Lee Ockletree
#1906981
2101 Fm 369 North
Iowa Park, Tx
76367

( Dear Sir. To Honorable Court of Appeals 3rd )

## "Motion For Court to Grant Me 30 days in order to file a Supplemental Brief ...

1.) The Institution has been on an Divisional Lock-down...

2.) I have found due to documentary evidence issues to assist claims of merit...

3.) There has been a reduction in movement to the law Library ...

"I pray and ask the said Court to grant me the desired request & motion...

God Bless,

William L. Ockletree
#1906981
2101 Fm 369 N.
Iowa Park, TX
76367

RECEIVED
JUL 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Ockletree, W. Willie #1906981 (TDCJ)

ALLRED Unit

2101 FM 369 North

Iowa Park, Texas

76367

"Legal Mail" (7-17-15)

PURPLE HEART
2024
FOREVER USA

Mr. Jeffrey D. Kyle, Clerk

Third Court of Appeals

Post Office Box 12547

Austin, Texas 78711